**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
**KRISTINA GILMORE**
Assistant City Attorney
Nevada Bar No. 11564
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1231
(702) 267-1201 Facsimile
brian.reeve@cityofhenderson.com

Attorneys for Defendant
CITY OF HENDERSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL, An Individual, | CASE NO.: 2:19-CV-00996-GMN-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE** |
| CITY OF HENDERSON, DOES I – X, ROE CORPORATIONS I – X, | |
| Defendants. | **(First Request)** |

Defendant City of Henderson ("Henderson") and Plaintiff Keith Paul ("Paul") hereby stipulate and agree as follows:

1. Henderson will have an additional ten (10) days from July 8, 2019 to answer or otherwise respond to Paul's complaint. Accordingly, Henderson's answer or other response will now be due on **July 18, 2019**.

/ / /

/ / /

/ / /

/ / /

Page 1

2. Paul will have until **August 12, 2019** to file an opposition to Henderson's response.

3. Henderson will have until **August 26, 2019** to file any reply brief.

| HKM EMPLOYMENT ATTORNEYS LLP | CITY OF HENDERSON |
|---|---|
| /s/ Jenny L. Foley | /s/ Brian R. Reeve |
| Jenny L. Foley, Ph.d., Esq. | Brian R. Reeve |
| Nevada Bar No. 9017 | Assistant City Attorney |
| Marta D. Kurshumova, Esq. | Nevada Bar No. 10197 |
| Nevada Bar No. 14728 | Kristina Gilmore |
| 1785 East Sahara, Suite 325 | Assistant City Attorney |
| Las Vegas, Nevada 89104 | Nevada Bar No. 11564 |
| Attorney for Plaintiff | 240 Water Street, MSC 144 |
| | Henderson, Nevada 89009 |
| | Attorney for Defendant |
| Dated: July 3, 2019 | Dated: July 3, 2019 |

### ORDER

IT IS SO ORDERED this __5__ day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE