**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL, an Individual, | CASE NO.: 2:19-cv-00996-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| CITY OF HENDERSON, DOES I -X; ROE CORPORATIONS I -X, | |
| Defendant. | |

Plaintiff Keith Paul ("Plaintiff"), by and through his attorneys, JENNY L. FOLEY, Ph.D., ESQ., and MARTA D. KURSHUMOVA, ESQ. of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant City of Henderson, by and through its attorney, BRIAN R. REEVE, ESQ. and KRISTINA E. GILMORE, ESQ. of the CITY OF HENDERSON CITY ATTORNEY'S OFFICE, hereby stipulate and agree that, consistent with the requirements of F.R.C.P. 41(a)(1)(A)(ii), this matter shall be Dismissed with Prejudice as to the First (Discrimination, Retaliation and Wrongful Termination in Violation of the National Labor Relations Act of 1935), Second (Retaliatory Discharge in Violation of Public Policy and NRS 614.090) and Third (Retaliatory Discharge in Violation of NRS 288.270) Causes of Action. The Parties stipulate and agree that the Fourth Cause of Action (Defamation) shall be Dismissed without Prejudice. The Parties stipulate and agree that each party shall bear its own attorney's

fees and costs. In light of the parties' stipulation to dismiss this case, the parties respectfully request that the Early Neutral Evaluation scheduled for October 3, 2019, be vacated.

Dated: September 24, 2019

CITY OF HENDERSON

By: */s/ Brian R. Reeve*
    BRIAN R. REEVE (#10197)
    Assistant City Attorney
    KRISTINA E. GILMORE (#11564)
    Assistant City Attorney
    240 Water Street, MSC 144
    Henderson, Nevada 89015
    Telephone: (702) 267-1231
    Facsimile: (702) 267-1201
    Email: brian.reeve@cityofhenderson.com
    *Attorneys for Defendant*

Dated: September 24, 2019

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Jenny Foley*
    Jenny L. Foley (#9017)
    Marta D. Kurshumova (#14728)
    1785 East Sahara, Suite 300
    Las Vegas, Nevada 89104
    Telephone: (702) 625-3893
    Facsimile: (702) 625-3895
    Email: jfoley@hkm.com
    Email: mkurshumova@hkm.com
    *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

Dated: _____, 2019

_____
United States District Court Judge