**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH PAUL, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, DOES I -X; ROE CORPORATIONS I -X,<br><br>Defendant. | CASE NO.: 2:19-cv-00996-GMN-DJA<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL</u>** |

Plaintiff Keith Paul ("Plaintiff"), by and through his attorneys, JENNY L. FOLEY, Ph.D., ESQ., and MARTA D. KURSHUMOVA, ESQ. of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant City of Henderson, by and through its attorney, BRIAN R. REEVE, ESQ. and KRISTINA E. GILMORE, ESQ. of the CITY OF HENDERSON CITY ATTORNEY'S OFFICE, hereby stipulate and agree that, consistent with the requirements of F.R.C.P. 41(a)(1)(A)(ii), this matter shall be Dismissed with Prejudice as to the First (Discrimination, Retaliation and Wrongful Termination in Violation of the National Labor Relations Act of 1935), Second (Retaliatory Discharge in Violation of Public Policy and NRS 614.090) and Third (Retaliatory Discharge in Violation of NRS 288.270) Causes of Action. The Parties stipulate and agree that the Fourth Cause of Action (Defamation) shall be Dismissed without Prejudice. The Parties stipulate and agree that each party shall bear its own attorney's

fees and costs. In light of the parties' stipulation to dismiss this case, the parties respectfully request that the Early Neutral Evaluation scheduled for October 3, 2019, be vacated.

Dated: September 24, 2019

                                       CITY OF HENDERSON

                                       By: */s/ Brian R. Reeve*
                                           BRIAN R. REEVE (#10197)
                                           Assistant City Attorney
                                           KRISTINA E. GILMORE (#11564)
                                           Assistant City Attorney
                                           240 Water Street, MSC 144
                                           Henderson, Nevada 89015
                                           Telephone: (702) 267-1231
                                           Facsimile: (702) 267-1201
                                           Email: brian.reeve@cityofhenderson.com
                                           *Attorneys for Defendant*

Dated: September 24, 2019           HKM EMPLOYMENT ATTORNEYS LLP

                                           By: */s/ Jenny Foley*
                                           Jenny L. Foley (#9017)
                                           Marta D. Kurshumova (#14728)
                                           1785 East Sahara, Suite 300
                                           Las Vegas, Nevada 89104
                                           Telephone: (702) 625-3893
                                           Facsimile: (702) 625-3895
                                           Email: jfoley@hkm.com
                                           Email: mkurshumova@hkm.com
                                           *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

Dated this 25 day of September, 2019

                                           _____
                                           Gloria M. Navarro, District Judge
                                           United States District Court